**Engram M. BELLAMY, Plaintiff— Appellant,**

v.

**Michael M. CLATTERBUCK, Magistrate, Defendant— Appellee.**

No. 03–6221.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2003.

Decided: May 26, 2004.

Engram M. Bellamy, Appellant pro se.

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Engram M. Bellamy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Bellamy's motion for appointment of counsel and affirm on the reasoning of the district court.

*See Bellamy v. Clatterbuck,* No. CA–02–1133 (W.D.Va. Nov. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*